UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21073-CIV-HUCK/WHITE

CHAD ALTIERI and LUCY PIEDRAHITA,

    Plaintiffs,

vs.

CLEAN COAL TECHNOLOGY, a Florida corporation, et al.,

    Defendants.
_____/



CLOSED CIVIL CASE

## ORDER OF DISMISSAL

THIS MATTER is before the Court *sua sponte* upon examination of the record. The Court is obligated to determine whether it has subject matter jurisdiction at the earliest possible stage in the proceedings. *See Bochese v. Town of Ponce Inlet*, 405 F.3d 964, 975 (11th Cir. 2005). Plaintiff alleges that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, which requires complete diversity of citizenship (i.e., none of the plaintiffs are residents of the same state as any of the defendants) and an amount in controversy in excess of $75,000, exclusive of interest and costs. The address of Plaintiff Altieri, as stated under the signature line in the complaint, is in Miami-Dade County, Florida. The complaint also states that Defendant Clean Coal Technology is a Florida-based corporation. Therefore, both Plaintiff Altieri and Defendant Clean Coal Technology appear to be Florida residents. A hearing was held in this case on April 24, 2009, wherein Plaintiff Altieri confirmed that he is a resident of the state of Florida. As a result, Plaintiff has failed to satisfy the complete diversity of citizenship requirement for purposes of diversity jurisdiction. Accordingly, it is hereby

ORDERED that the above-styled action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiff may pursue his claims by filing an action in the appropriate state court. All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida this April 24, 2009.

                          Paul C. Huck
                          United States District Judge

Copies furnished to:
Counsel of Record

Chad Altieri, *pro se*
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131